**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Abraham Quintanilla III

**Debtor(s)**

Case No.: 12–20607

Chapter:  7

**ENTERED**
**06/16/2014**

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Lisa J Nichols is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/16/14

RICHARD S. SCHMIDT
United States Bankruptcy Judge